# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**LISA MISTRETTA,**

       **Plaintiff,**

**v.**                                                    **Case No. 8:15-cv-2275-T-AAS**

**NANCY BERRYHILL,**
**Acting Commissioner of Social Security,**

       **Defendant.**

_____/

## <u>ORDER</u>

This cause comes before the Court on Plaintiff's Uncontested Petition for Award of Attorney Fees. (Doc. 28). Plaintiff seeks attorney's fees in the amount of $7,363.12, pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

The Court entered an Order reversing and remanding the case under sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings. (Doc. 26). The Clerk entered judgment in favor of Plaintiff thereafter. (Doc. 27). As the prevailing party, Plaintiff now requests an award of fees. *See* 28 U.S.C. § 2412(a)(1) & (d)(1)(A).

Plaintiff states that the Commissioner does not oppose the requested relief. (Doc. 28, p. 2). After issuance of an order awarding EAJA fees, however, the United States Department of the Treasury will determine whether Plaintiff owes a debt to the government. If Plaintiff has no discernable federal debt, the government will accept Plaintiff's assignment of EAJA fees (Doc. 28 Ex. 1) and pay the fees directly to Plaintiff's counsel.

For the reasons set out in Plaintiff's motion, therefore, it is hereby **ORDERED:**

1.      Plaintiff's Uncontested Petition for Award of Attorney Fees is **GRANTED.**

2.      Plaintiff is awarded $7,363.12 in attorney's fees pursuant to the EAJA.

**DONE AND ORDERED** in Tampa, Florida, on this <u>6th</u> day of June, 2017.

AMANDA ARNOLD SANSONE
United States Magistrate Judge